1 Tijue Adolphus McGhee #1156331   23-15435
2 MAGUIRE CORRECTIONAL FACILITY/5-W-02
3 300 BRADFORD STREET
4 Redwood City, CA. 94063
5
6 5-24-2023
7
8 Ms. Dwyer,
9
10         Good Day To You!
11
12    I am informing the court clerk that
13 upon my attempt to get copies done
14 by the "Service League" here at the Maguire
15 Correctional Facility - somewhere, somehow the
16 San Mateo County Sheriff's jail deputies who
17 were working on 5-11-2023, picking up all
18 mail and legal mail, as well as Manila Envelopes
19 which carries the (1) one document(s) that
20 were sent to me by the court (1) "Statement
21 Why This Appeal Should Proceed Forward". I still
22 have The Motion To Voluntarily Dismiss
23 Appeal. Service League's Number is (650) 364-
24 4664, I plan on grieving this issue to the San
25 Mateo County Sheriff's Administration, for they
26 are responsible for transporting the docum-
27 ents to the pick up box downstairs for the
28 Service League staff to pick up. I have

       Page 1 of 2.

1  all the dates and the reference numbers
2  for the sending the envelope (Manila) with
3  (3) purple heart stamps and my I.D.
4  number included on the Manila Envelope.
5  There was no address on the Manila, only
6  a taped to the Manila Envelope Inmate
7  request form for copy pick up. I have
8  not received any Manila Envelope back, so
9  I can send in my documents to the
10 court for moving forward in the matter
11 of Tijue Adolphus McGhee. I pray the
12 court will understand what has transp-
13 ired in these weeks into the deadline
14 of these documents that are completed
15 and ready to be filed with the court
16 for review. Please ~~do~~ see the enclosed.

18 "respectfully"

21 I do hereby declare under
22 penalty of perjury!

Tijue McGhee
5-24-2023

Page 2 of 2.

Service League

Smart Communication Tablet

Reference # 15,500,693
Date Submitted: 5-23-2023
Housing Maguire - FLRSWEST

#1: Request: Ms. Piñafort, I have not been given that manila envelope at all. So somebody is playing games with my Federal documents. Please track them down for me, because I can't do anything about it. All documents should be brought directly to me.

#2: Response by Ms. J. Piñafort on 5-23-2023 at 3:02PM
If you provided another set of legal materials for photocopies other than the one we delivered on 5/11/2023, we have yet to receive any other materials.

Tijuey McGhee

Page 1 of 1.